UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC | * | CIVIL ACTION |
|---|---|---|
|  | * | NO. 19-10927 |
| VERSUS | * | SECTION "G" (2) |
| NAVIGATION MARITIME BULGAREA; and BALKAN NAVIGATION LTD. | * | JUDGE BROWN |
| * * * * * * * * | * | MAG. CURRAULT |

## MARQUETTE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Marquette Transportation Company Gulf-Inland, LLC ("Marquette") moves this Honorable Court for partial summary judgment that the M/V STRANDJA was not a Rule 18 vessel restricted in her ability to maneuver.

Factual grounds for this motion include the attached memorandum in support; LR 56.1 statement of undisputed facts; and the deposition testimony and exhibits. Legal grounds for this motion include Inland Navigation Rule 3(g) [33 C.F.R. § 83.03(g)]; Inland Navigation Rule 18 [33 C.F.R. § 83.18]; and Inland Navigation Rule 27(b) [33 C.F.R. § 83.27(b)].

STRANDJA does not qualify a Rule 18 vessel restricted in her ability to maneuver because her maneuverability was not restricted by any work activity as required by Rule 3(g); STRANDJA was not unable to keep out of the way of the M/V KIEFFER E BAILEY as required by Rule 3(g); nor was STRANDJA displaying the ball diamond ball days shapes required by Rule 27(b). With these rules and facts, Marquette respectfully submits that it is entitled to partial summary judgment under Federal Rule of Civil Procedure 56 that Rule 18 did not apply to the STRANDJA.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Adam N. Davis*
      Evans Martin McLeod (Bar #24846)
      Adam N. Davis (Bar #35740)
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130
      Telephone: 504 566 1311
      Facsimile: 504 568 9130
      Email: marty.mcleod@phelps.com
      Email: adam.davis@phelps.com

ATTORNEYS FOR DEFENDANT
MARQUETTE TRANSPORTATION
COMPANY GULF-INLAND, LLC