# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC** | * | CIVIL ACTION |
| | * | NO. 19-10927 |
| **VERSUS** | * | SECTION "G" (2) |
| **NAVIGATION MARITIME BULGAREA; and BALKAN NAVIGATION LTD.** | * | JUDGE BROWN |
| * * * * * * * * | * | MAG. CURRAULT |

## ORDER

CONSIDERING the Motion for Partial Summary Judgment filed by Marquette Transportation Company Gulf-Inland, LLC;

IT IS HEREBY ORDERED that the M/V STRANDJA was not a Rule 18 vessel restricted in her ability to maneuver at the time of the collision.

New Orleans, Louisiana, this _____ day of July, 2021.

_____
HONORABLE NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE