# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC** | * | CIVIL ACTION |
| | * | NO. 19-10927 |
| **VERSUS** | | |
| | * | SECTION "G" (2) |
| **NAVIGATION MARITIME BULGAREA; and BALKAN NAVIGATION LTD.** | * | JUDGE BROWN |
| * * * * * * * * | * | MAG. CURRAULT |

## MARQUETTE'S STATEMENT OF UNCONTESTED MATERIAL FACTS

Marquette Transportation Company Gulf-Inland, LLC ("Marquette") submits this statement of uncontested material facts in support of its motion for partial summary judgment.

1. On January 3, 2019, STRANDJA was not *a vessel restricted in her ability to maneuver* as defined by Inland Navigation Rule 3(g).[1]

2. STRANDJA's Master Kiril Karapanov testified that the STRANDJA was not *a vessel restricted in her ability to maneuver* under the Navigational Rules.[2]

3. Balkan corporate representative Mariyan Grozdev testified that STRANDJA was not a vessel *restricted in her ability to maneuver* under the Navigational Rules.[3]

---

[1] Exhibit 3, Testimony of Pilot Robert Johnson – 287:1-9 (Q: "But you can't say whether or not you – you fall into the definition of Rule 3 as you sit here and read it; correct?" A: "No"; Q: Okay. And so because of that, under Rule 18, Rule 18 did not apply; correct? A: "As far as I am concerned, no."); Exhibit 4, Testimony of STRANDJA's Master Kiril Karapanov – 336:19-338:23 (Q: "Captain, you were not a vessel restricted in its ability to maneuver as that term is used in Rule 3(g); were you?" A: "I haven't told that we fulfill these requirements… I did not qualify according to this rule."); Exhibit 5, Testimony of Balkan corporate representative Mariyan Grozdev – 40:23-41:24 (Q. "Was the STRANDJA a vessel restricted in her ability to maneuver which was required to display the ball diamond ball shape described in Rule 27(b), subsection 2?" A. "My answer is no, because STRANDJA is not a vessel restricted in her ability to maneuver.")

[2] Exhibit 4, Testimony of STRANDJA's Master Kiril Karapanov – 336:19-338:23.

[3] Exhibit 5, Testimony of Balkan corporate representative Mariyan Grozdev – 40:23-41:24 (Q. "Was the STRANDJA a vessel restricted in her ability to maneuver which was required to display the ball diamond ball shape described in Rule 27(b), subsection 2"? A. "My answer is no, because STRANDJA is not a vessel restricted in her ability to maneuver.")

1

4. STRANDJA's Pilot Robert Johnson testified that the STRANDJA was not *a vessel restricted in her ability to maneuver* under the Navigational Rules.[4]

5. STRANDJA was not a *vessel restricted in her ability to maneuver* due to the nature of her work.[5]

6. STRANDJA's Pilot Robert Johnson testified that there was no work that restricted STRANDJA's ability to maneuver.[6]

7. STRANDJA was and presently is a bulk carrier that transports cargo for money.

8. At the time of the incident, STRANDJA was attempting to depart the General Anchorage and was not performing any type of work that restricted her ability to maneuver.[7]

9. STRANDJA did not display the ball diamond ball day shape required by Rule 27(b).[8]

10. All STRANDJA fact witnesses confirmed that STRANDJA was not a Rule 3(g) vessel restricted in her ability to maneuver.[9]

11. For reasons set forth in the following uncontested facts, STRANDJA was able to keep out of the way of the KIEFFER E. BAILEY. All she had to do was delay her intentional movement to starboard until after the KIEFFER E BAILEY safely passed.

---

[4] Exhibit 3, Testimony of Pilot Robert Johnson – 284:3-287:9
[5] Exhibit 3, Testimony of Pilot Robert Johnson – 284:3-6 (Q: "What was the nature of the work that the STRANDJA was doing that restricted her ability to maneuver?" A: "There was no work.");
[6] Exhibit 3, Testimony of Pilot Robert Johnson – 284:3-6.
[7] Exhibit 3, Testimony of Pilot Robert Johnson – 284:3-6 (Q: "What was the nature of the work that the STRANDJA was doing that restricted her ability to maneuver?" A: "There was no work.");
[8] Exhibit 1, Incident Video confirming no day shapes were shown from the STRANDJA. Further, a Balkan corporate representative recently confirmed no ball diamond ball shapes were displayed but his testimony is not yet available. Marquette will supplement to the extent Balkan disputes this fact.
[9] See Uncontested Facts 2, 3 and 4.

12. The heave starboard anchor command at 11:24:24 contributed and/or caused STRANDJA's to move several hundred feet outside of the General Anchorage and into the navigable channel where KIEFFER E BAILEY was navigating.[10]

13. STRANDJA's starboard anchor had been dropped approximately 300 feet outside of the General Anchorage on January 2, 2019.[11]

14. When those aboard STRANDJA started to heave in the starboard anchor, STRANDJA started to move to starboard in the direction of the starboard anchor (which was 300 feet outside of the general anchorage).[12]

15. Had those aboard STRANDJA delayed heaving the starboard anchor until after KIEFFER E BAILEY passed, there would have been over 400 feet between the STRANDJA and KIEFFER E BAILEY at the time of passing.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ Adam N. Davis
Evans Martin McLeod (Bar #24846)
Adam N. Davis (Bar #35740)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: marty.mcleod@phelps.com
Email: adam.davis@phelps.com

---

[10] Exhibit 3, Testimony of Pilot Robert Johnson – 157:1-6 ("When you're heaving anchors like that, you're sucking the ship towards the anchor"), 159:21-160:2 ("When you heave on anchors…she's gonna [sic] pull towards that Anchor. And it depends on where the pilot dropped his anchor that was on the ship before you…"), 223:14-224:3 (Q: "Isn't it true that you moved several hundred feet outside of General Anchorage?" A: Yes...") Further, see Exhibit 2, STRANDJA VDR Data and Transcript between 17:24:24 and 17:27:00.

[11] Balkan confirms this undisputed fact in it is Rule 26 disclosures.

[12] Exhibit 3, Testimony of Pilot Robert Johnson – 157:1-6 ("When you're heaving anchors like that, you're sucking the ship towards the anchor"), 159:21-160:2 ("When you heave on anchors…she's gonna [sic] pull towards that Anchor. And it depends on where the pilot dropped his anchor that was on the ship before you..."), 223:14-224:3 (Q: "Isn't it true that you moved several hundred feet outside of General Anchorage?" A: Yes…") Further, see Exhibit 2, STRANDJA VDR Data and Transcript between 17:24:24 and 17:27:00.

ATTORNEYS FOR DEFENDANT
MARQUETTE TRANSPORTATION
COMPANY GULF-INLAND, LLC