UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC** | * | **CIVIL ACTION** |
| | * | **NO. 19-10927** |
| **VERSUS** | | |
| | * | **SECTION "G" (2)** |
| **NAVIGATION MARITIME BULGAREA; and BALKAN NAVIGATION LTD.** | * | **JUDGE BROWN** |
| * * * * * * * * | | **MAG. CURRAULT** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that counsel for Marquette Transportation Company Gulf-Inland, LLC, has submitted the foregoing motion for partial summary judgment to the Honorable Nannette Jolivette Brown, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, for consideration and decision on the 28th day of July, 2021 at 10:00 a.m.

    Respectfully submitted,

    **PHELPS DUNBAR LLP**

    BY:   */s/ Adam N. Davis*
            Evans Martin McLeod (Bar #24846)
            Adam N. Davis (Bar #35740)
            Canal Place | 365 Canal Street, Suite 2000
            New Orleans, Louisiana 70130
            Telephone: 504 566 1311
            Facsimile: 504 568 9130
            Email: marty.mcleod@phelps.com
            Email: adam.davis@phelps.com

    ATTORNEYS FOR DEFENDANT
    MARQUETTE TRANSPORTATION
    COMPANY GULF-INLAND, LLC