**VIDEO OF INCIDENT**

**Please click on the following link to view:**

https://youtu.be/8I9hRUysLuw



**STRANDJA VOYAGE DATA RECORDER DATA**

**Please click on the following link to view:**

https://youtu.be/gjA2uUVDOjs

EXHIBIT
2

| | | | |
|---|---|---|---|
| 15:41:01 | VTS | New Orleans Traffic to the unit calling. | |
| 15:41:13 | VTS | KIEFFER BAILEY, alright. You are cutting out. How many loads do you have? | |
| 15:41:22 | VTS | Alright Kieffer. # | |
| 15:41:35 | VTS | Ok. Kieffer. Roger. Come on down.# | |
| 15:42:01 | VTS | Kieffer Bailey southbound just coming around upper 12 #. | |
| 16:27:27 | KB | KIEFFER BAILEY southbound just coming down on Six Mile six loads. KIEFFER BAILEY. | |
| 16:30:35 | VTS | KB southbound going by you right now with six loads. | |
| 16:32:45 | VTS | New Orleans Traffic back to the unit calling. | |
| 16:32:53 | VTS | Alright KIEFFER BAILEY, keep her rolling capt. # | |
| 16:44:31 | KB | KB southbound becoming southbound on GNO Bridge shortly . Six loads. KIEFFER BAILEY. | |
| 16:54:32 | VTS | Alright Pamela Ann, you got Kieffer Bailey Southbound at the bridge six loads. Innovator is coming down on Harvey with two. You got a downbound ship and seagoing unit up there at Wego. | |
| 16:58:17 | KB | KIEFFER BAILEY southbound just cleared the GNO Bridge going to be coming down on Algiers Point shortly six loads. KIEFFER BAILEY. | |
| 17:15:03 | SC | If the engine is ready ? | Bulgarian |
| 17:15:12 | SM | Yes, yes, it's ready. | Bulgarian |
| 17:16:27 | SM | # Bosun is checking # wait until he gets here. Chief off., about heaving up, bosun, wait, when the pilot gets here I will tell you. | Bulgarian Translation |
| 17:16:38 | PJ | Hello, how are you? Can we heave port anchor? | |
| 17:16:44 | SC | Port? | |
| 17:16:45 | PJ | Please. | |
| 17:16:46 | SC | Ok. | |
| 17:16:48 | SM | When we are ready we shall start with the left anchor. | Bulgarian Translation |
| 17:16-48 | SC | Clear, port anchor. | # [shipboard radio call] # |
| 17:17:03 | SC | Bow thruster is it ready? | Bulgarian Translation |
| 17:17:11 | SM | ### fifteen ### Yes, and 15 engine ready. (this means 11:15) | Bulgarian Translation |
| 17:17:18 | PJ | How many, how many you have on port? | |
| 17:17:21 | SC | Uh # | |
| 17:17:25 | P | Alright, tell them to go as quick as possible. | |
| 17:17:28 | C | Yeah, yeah yeah of course. | |
| 17:17:30 | PJ | What's your voyage number captain? | |
| 17:17:32 | SC | Voyage Number 099V | |
| 17:17:39 | PJ | Zero | |
| 17:17:40 | SC | # | |
| 17:17:41 | PJ | 099 | |

| 17:17:42 | SC | 9V | |
|---|---|---|---|
| 17:17:45 | PJ | What's your voyage number captain? | |
| 17:17:46 | SC | Voyage Number 099 V Victor | |
| 17:17:50 | PJ | 099 Victor | |
| 17:17:52 | CT | 099 Victor voyage number. Roger thank you. | |
| 17:18:02 | SM | <span style="color:red">Bosun, if engine movement is needed, tell me.</span> | Bulgarian |
| 17:18:11 | P | Can, uh, is there any way # is he going forward? | |
| 17:18:19 | SC | Forward, yeah. | |
| 17:18:20 | PJ | Can we open the brake on the #? # | |
| 17:18:26 | SC | #one | |
| 17:18:31 | PJ | # You have to have # it's a maneuvering requirement. Agent orders # | |
| 17:18:40 | SC | I hear from my office, they arrange with agent one tug. | |
| 17:18:44 | PJ | Ok | |
| 17:18:46 | SC | # | |
| 17:18:48 | PJ | Hey guys. The captain says that they only ordered one tug. Um. They got a bow thruster. | |
| 17:18:57 | PC | Alright I guess I'll take off and go catch this guy going to # up there. | |
| 17:19:01 | PJ | Alright.  Come on over PROVIDENCE and get on the bow # | |
| 17:19:10 | SC | Three on deck Mr.  Pilot. | |
| 17:19:13 | PJ | Ok. | |
| 17:19:13 | | [Ship phone rings] | |
| 17:19:16 | CT | #? | |
| 17:19:17 | PJ | No. | |
| 17:19:17 | SB | <span style="color:red">11 o'clock</span> | Bulgarian |
| 17:19:40 | SB | <span style="color:red">The chain 11 o'clock</span> | Bulgarian |
| 17:19:44 | SM | <span style="color:red">Clear bosun, only how shackles not heard</span> | Bulgarian |
| 17:19:47 | SB | <span style="color:red">2 in the water</span> | Bulgarian |
| 17:19:50 | SM | <span style="color:red">Clear, 2 in the water</span> | Bulgarian |
| 17:20:01 | SC | *# fifteen it is ready #*<br><span style="color:red">And 15 engine ready. (this means 11:15)</span> | *Bulgarian Translation* |
| 17:20:23 | SC | | *Bulgarian* |
| 17:20:30 | SC | <span style="color:red">We were surprised a little.</span> | *Bulgarian* |
| 17:20:40 | SC | *# Oh good let's go #*<br><span style="color:red">But better, to go.</span> | *Bulgarian Translation* |
| 17:21:00 | JG | James Golding going to be coming out of Star Fleet. Going to be heading northbound.  Standing by for any traffic. James Golding. | |
| 17:21:11 | SC | Mr. Pilot # | |
| 17:21:16 | PJ | Ok. | |
| 17:21:19 | SC | | Bulgarian |

| 17:21:34 | SE | *So this is the most important thing. From here you can regulate the pump.*<br>One in the water, the pump is circulated here, it's checked here, how is the switch. | Bulgarian Translation |
|---|---|---|---|
| 17:21:45 | SC | | *Bulgarian* |
| 17:21:53 | SC | | *Bulgarian* |
| 17:22:03 | SC | | *Bulgarian* |
| 17:22:06 | SC | One in the water, the chain at 10 o'clock. | *Bulgarian* |
| 17:22:27 | SM | Clear, one in the water, 10 o'clock | Bulgarian conversation about the operation of the pump |
| 17:21:40 | SC | | *Bulgarian Conversation* |
| 17:20:05 | SC | | |
| 17:21:12 | SC | Mr. Pilot, # | |
| 17:21:16 | PJ | Ok | |
| 17:21:59 | SC | *Come on it's not an emergency*<br>No, it's not urgent. | Bulgarian Translation |
| 17:22:42 | SC | *It's ready* | *Bulgarian Translation* |
| 17:22:51 | PJ | [CELL PHONE RINGS] | |
| 17:22:52 | PJ | Zachary | |
| 17:23:05 | PJ | Oh, I don't know. I didn't even look. # | |
| 17:23:16 | PJ | # Opened up at Boothville but I mean | |
| 17:23:41 | PJ | Yeah. #  Yeah, I mean | |
| 17:23:41 | DB | Dorella Banta topping out of Star Fleet. Heading southbound. Dorella Banta. Topside of General Anchorage. Topping out headed southbound. Dorella Banta. | |
| 17:23:50 | PJ | Don't think # fucking me 6 or 7 in the evening. | |
| 17:23:55 | PJ | I mean, I'll # If you get me down there at 10, 11 or 12 o'clock noon or 1 maybe 2 but not not no fucking 6 in the evening so. You know # | |
| 17:24:04 | JG | James Golding to that tow that will be topping out of Star Fleet headed southbound. | |
| 17:24:07 | DB | Dorella Banta | |
| 17:24:08 | JG | Hey that's me I'm down on the lower end strung out here coming out of the fleet now.  Fixing to be headed northbound. | |
| 17:24:15 | DB | Um, you think I got time to flip around uh head down your way. You behind the ship? | |
| 17:24:18 | C | # | |
| 17:24:20 | JG | I'm behind that last ship beside the middle one. | |
| 17:24:22 | PJ | Start heaving starboard. | |
| 17:24:23 | DB | Alright. I should be out your way but I am keeping an eye on you. I should be out your way. | |
| 17:24:24 | SC | Starboard. Ok. Sir. | |

| | | | |
|---|---|---|---|
| 17:24:27 | SC | Uh Bosun # *right anchor* <br> Bosun, heave up starboard anchor, heave up starboard anchor. | *Bulgarian Translation* |
| 17:24:34 | PJ | Sure. Sure. Sure. | |
| 17:24:52 | | # | |
| 17:24:54 | | Alright. I will be driving on it. Just a heads up. | |
| 17:24:53 | PJ | Right. | |
| 17:24:55 | SC | Heaving starboard. | |
| 17:25:07 | PJ | But, hey, you know # shorter job # | |
| 17:25:08 | SC | # | Bulgarian |
| 17:25:11 | PJ | # | |
| 1725:15 | SC | # | |
| 17:25:12 | KB | KIEFFER BAILEY to this ship right here at the anchorage right here by Star Fleet. | |
| 17:25:21 | PJ | Well that's why, Zach, that's why we as individuals # | |
| 17:25:27 | KB | Whistle Sounds | |
| 17:25:27 | PJ | Like I told you, I'm not, if you give me there , I won't mind doing two ships in a day if # | |
| 17:25:30 | I | Innovator southbound just coming around Algiers Point. Innovator. | |
| 17:25:34 | PJ | I'm not putting myself, because I been up since six already #. | |
| 17:25:39 | KB | Whistle sounds | |
| 17:25:39 | PJ | I'm not getting on a ship at 7 o'clock and being up at 7 o'clock, 6 o'clock at night # you know | |
| 17:25:46 | SC | Uh, Mr. Pilot. | |
| 17:25:48 | PJ | It's fine. It's fine. | |
| 17:25:51 | KB | Whistle sounds | |
| 17:25:51 | SC | # Tugboat# | Bulgarian |
| 17:25:53 | SM | How it is ? | Bulgarian |
| 17:25:57 | SM | At engine telegraph. Chief off., how passes. | Bulgarian |
| 17:26:01 | SC | Tug boat touching us #.  ? | |
| 17:26:04 | PJ | Dead slow astern | |
| 17:26:06 | SC | Dead slow astern | |
| 17:26:11 | SC | Tugboat # | |
| 17:26:20 | SC | Captain, at about 10 meters will pass from uss | Bulgarian |
| 17:26:23 | PJ | Yeah. | |
| 17:26:24 | SC | # Pilot? Clear, clear | |
| 17:26:25 | | #top of General# | |
| 17:26:27 | | Whistle sounds | |
| 17:26:27 | PJ | Hey look this, let me call you back. # | |
| 17:26:28 | SC | Did it decrease ? | Bulgarian |
| 11:26:32 | SC | | Bulgarian |
| 17:26:33 | | Whistle sounds | |
| 17:26:34 | SC | Clear. Did the engine run ? | Bulgarian |

| 17:26:37 | SC | | Bulgarian |
|---|---|---|---|
| 17:26:40 | | 5 meters | Noise |
| 17:26:37 | C | # | |
| 11:26:43 | CO | Contact with the bulb, The tug detached. | Bulgarian |
| 17:26:43 | P | Slow | |
| 17:26:45 | C | Slow | |
| 17:26:48 | SC | | Bulgarian |
| 17:26:53 | PJ | Stop engines | |
| 17:26:55 | SC | Stop engines | |
| 17:27:05 | PJ | Stop heaving | |
| 17:27:07 | SC | Stop heaving | |
| 17:27:10 | SC | Uh, stop heaving. | |
| 17:27:13 | C12 | Vessel Traffic, Vessel Traffic, Crescent 12 | |
| 17:27:16 | VTS | Come on Crescent 12. | |
| 17:27:16 | PJ | He hit us. | |

Transcript of the Testimony of
# Robert B. Johnson

**Date taken: June 16, 2020**

**Marquette Transportation Company Gulf-Inland, LLC v. Navigation Maritime Bulgare, et al**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

EXHIBIT
3

1     A.    Yes, because when you're heaving anchors

2  like that, you're sucking the ship towards the

3  anchor, whether it's straight up and down, 90

4  degrees, 60 degrees.  It's gonna -- You -- You got

5  to get some movement.

6     Q.    And can you say how much chain you had

7  for the starboard anchor left at this time?

8     A.    Almost the whole amount that was set the

9  night before or whatever it wa -- it was anchored,

10  almost four shots of chain.

11     Q.    Okay.

12         And so based upon this and your

13  experience with four shots of chain, how much

14  further would your -- your heading continue to turn

15  at this point?

16     A.    Again, I can't determine that because I

17  don't know if it's gonna drop straight down.  I

18  don't know if it was angled that way, to -- to --

19  to the port of the ship.  I don't know if it was

20  angled behind unless -- You know, it just depends.

21  You can't t -- You can't tell until it's happening.

22     Q.    And -- And one more thing.

23         Given that -- Again, just to be clear,

24  because -- Given that you cannot tell before it's

25  happening, don't you think that makes it even more

1    EXAMINATION BY MR. McLEOD:

2         Q.    You can answer.

3         A.    There's nothing usual.  That's what I --

4    I -- I can't -- There's nothing usual in this job,

5    nothing.

6         Q.    Yeah.

7              And how many -- How many times would you

8    say you've gone completely out of the anchor --

9    anchorage while lifting anchors?

10        A.    I -- I can't put a number on it.  I --

11   I -- I can't tell you.  I've had so many ships --

12        Q.    Would --

13        A.    -- in this career.  Maybe a few times,

14   but ...  Could've been the wind.  Could've been the

15   current.  Could've been a lot of things.

16        Q.    Under -- Under 10 of the 5,000 ships

17   you've piloted?

18        A.    No.  Probably a lot more.

19        Q.    Under 50?

20        A.    I -- I can't put a number on that.

21   Look.  Ships -- Whe -- When you -- When you heave

22   on ships -- I've tried to explain.  When you heave

23   on anchors, they -- they have to -- that's the only

24   way you can get your anchor up.  She's gonna dra --

25   pull towards that anchor.  It -- And it depends on

1    where the pilot dropped his anchor that was on the

2    ship before you.  You just -- You don't know.

3         Q.    And just so we're clear, when you got on

4    board the STRANDJA that day, you were not in a

5    hurry to retrieve those anchors because of any

6    downbound traffic or to get off the -- or to

7    complete your pilotage as soon as you could;

8    correct?

9              MR. ALAN DAVIS:

10                  Objection.

11             THE WITNESS:

12                  Absolutely not.

13                  (ECDIS recording plays.)

14                  (Whereupon there was a discussion

15          held off the record at this time.)

16   EXAMINATION BY MR. McLEOD:

17        Q.    Okay.

18              Captain, at this time it's 17:27:09.

19              Would you agree with me that the only

20   thing hanging into this -- the general anchorage is

21   sort of a little bit of your port stern?

22        A.    Yes.

23        Q.    And your speed at that time had

24   increased to two knots?

25        A.    Yes.

Page 223

1    collision; correct?

2         A.    No, and nor did the KIEFER BAILEY call

3    me.

4         Q.    And your position is is that you

5    didn't --

6         A.    And I'm not --

7         Q.    You --

8         A.    -- underway.  He is.

9         Q.    Okay.

10              You -- You were moving, though; right?

11        A.    No, not particularly.  If you call

12   moving in an anchorage moving or underway, no, I

13   was not underway at all.

14        Q.    And -- And do you kn -- Do you know how

15   many feet -- Isn't it true that you moved several

16   hundred feet outside of general anchorage --

17              MR. ALAN DAVIS:

18                   Objection.

19   EXAMINATION BY MR. McLEOD:

20        Q.    -- the -- the bow of your ship?

21        A.    Yes.  You have to to un-anchor a ship.

22   You have to.

23        Q.    And you were -- And you were doing that

24   even though you knew that the KIEFER BAILEY was

25   coming down the river parallel to the -- parallel

Page 224

1   to the river by general anchorage; correct?

2       A.      Absolutely correct, and have done it

3   in -- thousands of times.

4       Q.      All right.

5       A.      But I don't expect a tow to come down on

6   an anchorage when he sees a ship at an anchorage.

7       Q.      The tow never came into the anchorage;

8   did he?

9       A.      He damn was close to it.  If he --

10      Q.      Did he ever come into -- I'm not asking

11  about damn well close.

12      A.      I don't know.  I don't know.

13      Q.      Did -- Did the KIEFER BAILEY ever come

14  into the anchorage?

15      A.      I -- I guess not, no.  But he was --

16      Q.      No.

17      A.      -- damn close.

18      Q.      And -- And had you stay --

19              And -- And had you stayed in the

20  anchorage, the collision would have never occurred;

21  correct?

22      A.      No, not true.

23      Q.      Why not?

24      A.      Because apparently to me, this gentleman

25  is on, you know, the wrong -- too close to the

1      A.    No.  (Witness shakes head negatively.)

2      Q.    Okay.  All right.

3            So we're gonna to go through --

4            (Whereupon there was a discussion

5      held off the record at this time.)

6  EXAMINATION BY MR. McLEOD:

7      Q.    Hey, here's the rule, Captain.  We want

8  you to read this rule into the record.  I'll ask

9  you some questions -- Review this rule, and then

10 we'll ask you some questions about that.

11     A.    Uh-huh (indicating affirmatively).

12     Q.    Take a chance to review this, 3(g).

13           MR. McLEOD:

14               Show him the top, so he can see

15        the top.

16 EXAMINATION BY MR. McLEOD:

17     Q.    It's -- It's -- It's under "General

18 Definitions."  You see that?

19     A.    It's not showing up on mine.

20           MR. ALAN DAVIS:

21               Share it, Marty.

22 EXAMINATION BY MR. McLEOD:

23     Q.    Yeah.

24           Do you see that now?

25     A.    No.

1    STRANDJA was such a vessel?

2        A.    Yes.

3        Q.    And -- And what was the nature of the

4    work that the STRANDJA was doing that restricted

5    her ability to maneuver?

6        A.    There was no work.

7        Q.    Okay.

8              And so it's only -- When you're saying

9    your opinion that she was restricted maneuver,

10   you're saying that based upon the fact that she

11   wasn't operating under her power and was in the --

12   in the process of retrieving anchors; correct?

13       A.    She did have power, but until the

14   anchor's up, I cannot use the engine for

15   maneuvering.

16       Q.    And you were not a vessel at the time of

17   the incident that was laying, servicing, or picking

18   up a navigation mark --

19             THE COURT REPORTER:

20                  Can't hear you, Marty.

21   EXAMINATION BY MR. McLEOD:

22       Q.    You were not -- You -- Okay.

23             MR. McLEOD:

24                  Is he -- Is it on the screen?

25             MR. ADAM DAVIS:

1              Yeah, it is.

2      EXAMINATION BY MR. McLEOD:

3          Q.    Can you see the screen?

4          A.    Yes.

5          Q.    Okay.

6                So could you read Rule g -- g(i)?

7          A.    "A vessel engaged in laying, servicing,

8      or picking up a navigation ..."?

9          Q.    Marks, submarine --

10         A.    A -- Right.

11         Q.    -- cable or pipe?

12         A.    Yeah.   That --

13         Q.    Would that --

14         A.    That doesn't -- That doesn't apply.

15         Q.    -- that apply?

16         A.    No.

17         Q.    Okay.

18               Read the next one.

19         A.    "A vessel engaged in dredging, surveying

20     or underwater operations."  Doesn't apply.

21         Q.    Okay.

22               Keep going.  Roman numeral III.

23         A.    Just tell me which one you think that it

24     applies to and I'll read it.

25         Q.    Okay.

```
1              Well, I don't -- I don't -- I don't
2      think any of them apply.  That's why I'm asking you
3      to read it, so you can tell me which one you think
4      applies.
5          A.    Engaged in towing operation such -- No.
6      Vessel engaged in mine clearance, no.  A vessel
7      engaged in launching, recovery, no.  None of them.
8          Q.    Okay.
9              So you were not a restricted vessel
10     under Rule 3(g); correct?
11             MR. ALAN DAVIS:
12                 Object to the form of the
13         question.
14             MR. SLOSS:
15                 Object to the form.
16             THE WITNESS:
17                 The way I interpret it is, is if
18         I'm unable to maneuver because of an anchor
19         down, I'm -- I'm the burdened vessel.
20     EXAMINATION BY MR. McLEOD:
21         Q.    Okay.  You're the burdened vessel.
22         A.    Or the restricted --
23         Q.    What is the burdened --
24         A.    The restricted vessel.
25         Q.    Okay.
```

1        But you can't say whether or not you --

2   you fall into the definition of Rule 3 as you sit

3   here and read it; correct?

4        A.    No.

5        Q.    Okay.

6              Okay.  And so because of that, under

7   Rule 18, Rule 18 did not apply; correct?

8        A.    Far as I'm concerned, no.

9        Q.    All right.

10             A -- A couple of quick questions.

11             Under the -- the restricted navigation

12  area guidelines, isn't it true that you were

13  required to guard and answer channel 16, maintain

14  an accurate position plot, and take appropriate

15  action to assure the safety of the STRANDJA and

16  other vessels, including the KIEFER BAILEY, while

17  anchored?

18             MR. ALAN DAVIS:

19                  Object to the form.

20                  Are you asking if he personally

21        was?

22             THE WITNESS:

23                  Ca -- I -- I couldn't read -- I

24        couldn't hear all of that.  Could you

25        repeat?

Transcript of the Testimony of
# Kiril L. Karapanov

**Date taken: June 15, 2020**
**Volume II**

**Marquette Transportation Company Gulf-Inland, LLC v.**
**Navigation Maritime Bulgare, et al**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

EXHIBIT
4

1      A.     I can't quote exactly the rules, but in

2   a situation, if I was -- If I'm expecting a

3   situation approaching to our possibilities -- And

4   again, we are very restrained because we are at

5   anchorage -- I need to change the course.  I need

6   to change the speed so we don't interfere.  But I

7   want to point out that when a ship is at anchorage,

8   the possibilities are very restrained.

9      Q.     What does that mean?

10     A.     That we can't maneuver with -- either

11  with -- either with speed or with course.

12          MR. ALAN DAVIS:

13              Adam, when you get to a point --

14          Wait.  I'm sorry.  We've been going for an

15          hour and 20 minutes since our break.  Just

16          when you get to a point that we can take a

17          three- or four-minute break.

18          MR. ADAM DAVIS:

19              Well, yeah.  Maybe just --

20          MR. ALAN DAVIS:

21              I know it's late, but ...

22          MR. ADAM DAVIS:

23              Three more questions.  Good.

24  EXAMINATION BY MR. ADAM DAVIS:

25     Q.     Captain, are you saying that you were a

Page 335

1    Rule 3(g) vessel restricted in its ability to

2    maneuver?

3            MR. SLOSS:

4                Objection; form.

5            THE WITNESS:

6                I couldn't -- Again, I cannot

7        quote the rule.

8    EXAMINATION BY MR. ADAM DAVIS:

9        Q.    That's fine.  I'm gonna pull it up for

10   you, Captain.

11           THE COURT REPORTER:

12               I didn't hear that question at

13       all.

14          MR. ADAM DAVIS:

15               I said that is fine.  I will pull

16       it up for you.

17   EXAMINATION BY MR. ADAM DAVIS:

18       Q.    Do you see rule 3(g)?

19       A.    "The term 'vessel restricted in her

20   ability to maneuver' means a vessel which, from the

21   nature of her work, is restricted in her ability to

22   maneuver as required by these Rules and is

23   therefore unable to keep out of the way of another

24   vessel.  ... vessel restricted in their ability to

25   maneuver include, but are not limited to."

1      Q.     All right.  Keep going.

2      A.     A vessel engaged in laying, servicing,

3   or picking up a navigation mark, submarine cable,

4   or pipeline; a vessel engaged in dredging,

5   surveying, or underwater operations; a vessel

6   engaged in replenishment or transferring persons,

7   provisions, or -- or cargo while underway; a vessel

8   engaged in the launching or recovery of aircraft --

9   aircraft; a vessel engaged in mine clearance

10  operation; and, (vi), a vessel engaged in a towing

11  operation such as severely restricts the towing

12  vessel and her tow in their ability to deviate from

13  their course -- course.

14     Q.     Captain, you were not a vessel

15  restricted in her ability to maneuver --

16            THE COURT REPORTER:

17               I can't hear a thing.

18  EXAMINATION BY MR. ADAM DAVIS:

19     Q.     Captain, you were not a vessel

20  restricted in its ability to maneuver as that term

21  is used in Rule 3(g); were you?

22            MR. ALAN DAVIS:

23               Object to the form.

24            MR. SLOSS:

25               Objection.

1          THE WITNESS:

2                    I haven't told that we fulfill

3          these requirements.  I just want to say that

4          when a ship is at anchorage -- I just wanted

5          to say that the ship was at anchorage at

6          that moment, and we were restrained in our

7          abilities to maneuver with speed and course.

8          But I did not clarify, and I did not

9          determine that we are a ship restrained in

10         our ability to maneuver under that rule.

11                   I did not qualify -- I did not

12         qualify the ship as a vessel restrained in

13         its ability to maneuver.  The ship was at

14         anchorage.  I did not qualify according to

15         this rule.

16    EXAMINATION BY MR. ADAM DAVIS:

17         Q.    Understood, Captain.  And I just want to

18    be -- I just want to make sure we understand.  I

19    just want make --

20         A.    I just want to say that -- I just want

21    to say that because the ship was at anchorage, it

22    could not change its speed and course to make space

23    for another vessel.

24         Q.    Ca -- Can you tell the Court, yes or no,

25    was the STRANDJA, prior to the collision, a

1    Rule 3(g) vessel restricted in her ability to

2    maneuver?

3              MR. SLOSS:

4                   Object to the form of the

5         question.

6              MR. ALAN DAVIS:

7                   Objection.

8         THE WITNESS:

9                   STRANDJA was at anchorage.

10   EXAMINATION BY MR. ADAM DAVIS:

11        Q.    Okay.

12             So she was not a Rule 3(g) vessel --

13        THE COURT REPORTER:

14                  Cannot hear you.

15   EXAMINATION BY MR. ADAM DAVIS:

16        Q.    So she was not a Rule 3(g) vessel

17   restricted in her ability to maneuver; correct?

18             MR. SLOSS:

19                  Object to the form of the

20        question.  It's been asked and answered.

21        You're asking him --

22             THE WITNESS:

23                  Yes, I haven't told that.

24             MR. SLOSS:

25                  And it -- Adam, whether it is or

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARQUETTE TRANSPORTATION        *   CIVIL ACTION
COMPANY GULF-INLAND, LLC        *
                                *   NO. 19-10927
                                *
VERSUS                          *   JUDGE NANNETTE
                                *   JOLIVETTE BROWN
                                *
NAVIGATION MARITIME             *   MAGISTRATE JUDGE
BULGARE AND BALKAN              *   JOSEPH C.
NAVIGATION, LTD                 *   WILKINSON, JR.
                                *
                                *

        *   *   *   *   *   *   *   *   *   *   *   *   *

        Transcript of the recorded video Rule
30(b)(6) deposition of NAVIGATION MARITIME BULGARE,
through its designated representative, MARIYAN
GROZDANOV GROZDEV, taken from the offices of
Navigation Maritime Bulgare, Navibulgar House, 1,
Primorski Boulevard, 9000 Varna, Bulgaria, via Zoom
web video conference, on Friday, the 9th day of
July, 2021.


APPEARANCES:


        PHELPS DUNBAR
        (By:  Adam N. Davis, Esquire)
        Suite 2000
        One Canal Place
        365 Canal Street
        New Orleans, Louisiana  70130-6534
                (Attorneys for the Plaintiff, Marquette
                 Transportation Company Gulf-Inland,
                 LLC)

601 Poydras Street - Suite 1615        PROFESSIONAL SHORTHAND REPORTERS, INC.        Teleph
New Orleans, LA 70130-6042                  Board-Certified Court Reporters          Facsim

7338cb62-3

EXHIBIT
5

MARQUETTE TRANSPORTATION CO.                    MARIYAN G. GROZDEV                    Reported By:
vs. NAVIGATION MARITIME BULGARE                    July 9, 2021                    M. H. GAUDET, JR., CCR, RPR, RMR

Page 40

1      Q.    And -- And -- And what shape is that?

2      A.    On the forecastle, a -- a ball.

3      Q.    Okay.

4            Do you expect your vessels to dis -- to

5      display a ball diamond ball during these

6      situations?

7      A.    No, we don't expect that.

8      Q.    Why is that?

9      A.    So that's at anchor, displays ball.

10     Q.    Okay.

11           Well, what types of vessels display the

12     ball diamond ball?

13     A.    That's explained in COLREG.

14     Q.    All right.

15           Here is Rule 27 -- Rule 27(b), which

16     states:  A vessel restricted in her ability to

17     maneuver, except a vessel engaged in mine clearance

18     operations, shall exhibit -- And I'm looking at

19     subsection 2 wi -- three shapes and a vertical line

20     where they can best be seen.  The highest and

21     lowest of these shapes shall be balls and the

22     middle one a diamond.

23           Was the STRANDJA a vessel restricted in

24     her ability to maneuver which was required to

25     display the ball diamond ball shape described in

601 Poydras Street - Suite 1615          PROFESSIONAL SHORTHAND REPORTERS, INC.          Telephone: (504) 529-5255
New Orleans, LA 70130-6042                    Board-Certified Court Reporters          Facsimile: (504) 529-5257

7338cb62-3347-42e3-bede-e3b0268a549c

Page 41

1      rule 27(b), subsection 2?

2                     MR. SLOSS:

3                          Object to the form of the

4           question.

5                     MS. FERCHMIN:

6                          I join in the objection.

7      EXAMINATION BY MR. DAVIS:

8           Q.     Go ahead.  I can't hear you.

9                     THE INTERPRETER:

10                         So he's co -- Can I just qualify?

11          He's getting confused by all the objections

12          whether --

13                    MR. DAVIS:

14                         You don't --

15                    THE INTERPRETER:

16                         -- he should respond.

17     EXAMINATION BY MR. DAVIS:

18          Q.     Ignore the objections.  You're here to

19     answer questions.  They're objecting because

20     they're doing things that -- for legal reasons, but

21     you need to answer the question.

22                    So please answer the question.

23          A.     My answer is no, because STRANDJA is not

24     a vessel restricted in her ability to maneuver.

25          Q.     Okay.

601 Poydras Street - Suite 1615          PROFESSIONAL SHORTHAND REPORTERS, INC.          Telephone: (504) 529-5255
New Orleans, LA 70130-6042               Board-Certified Court Reporters                Facsimile: (504) 529-5257

7338cb62-3347-42e3-bede-e3b0268a549c

1                    Oh.  Can you repeat that?  That

2        was too fast.

3    EXAMINATION BY MR. DAVIS:

4        Q.    Your policies and procedures do not

5    expect that that vessel heaving anchors, such as

6    the STRANDJA, display the ball diamond ball shape

7    as described in rule 27(b), subsection 2, because

8    the vessel is not required to under rule 27(b)(2);

9    is that correct?

10       A.    Yes, that's correct.  STRANDJA is not

11   required to follow rule 27.

12       Q.    And that's because she is not a vessel

13   restricted in her ability to maneuver as that term

14   is used in rule 27(b); is that correct?

15                MR. SLOSS:

16                    Object to the form.

17                    You can answer.

18                THE INTERPRETER:

19                    Can you repeat?

20                THE WITNESS:

21                    Rule 27 does not define vessel

22            restricted in her ability to maneuver.

23            Please rephrase your question.

24   EXAMINATION BY MR. DAVIS:

25       Q.    Okay.

601 Poydras Street - Suite 1615      PROFESSIONAL SHORTHAND REPORTERS, INC.      Telephone: (504) 529-5255
New Orleans, LA 70130-6042               Board-Certified Court Reporters        Facsimile: (504) 529-5257

7338cb62-3347-42e3-bede-e3b0268a549c