UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARQUETTE TRANSPORTATION CO. GULF-INLAND, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10927** |
| **NAVIGATION MARITIME BULGARE et al.** | **SECTION: "G"** |

## ORDER AND REASONS

Before the Court is Defendants Balkan Navigation Ltd. and Navigation Maritime Bulgare JSC's (collectively, "Defendants") Motion to Allow Trial Testimony of Foreign Witnesses by Zoom.[1] In the motion, Defendants request that the Court allow witnesses residing in Bulgaria to testify by Zoom at the January 31, 2022 trial under Federal Rule of Civil Procedure 43(a).[2] Defendants assert that remote testimony is necessary because of the public health concerns related to the recent surge in the COVID-19 pandemic.[3] Plaintiff Marquette Transportation Co. Gulf-Inland, LLC ("Plaintiff") opposes the motion.[4] Plaintiff argues that Defendants have not shown good cause to allow these witnesses to testify by Zoom, because when these witnesses were first deposed it was "reasonably foreseeable" that they may need to testify by Zoom.[5] Plaintiff also

---

[1] Rec. Doc. 153.

[2] Rec. Doc. 153-1 at 1. Alternatively, Defendants request that the Court extend the deadline for taking trial depositions for the limited purpose of taking video depositions of these witnesses. *Id.*

[3] *Id.* at 1–2.

[4] Rec. Doc. 154.

[5] *Id.* at 9–10.

1

asserts that remote testimony will pose difficulties in "the efficient presentation of trial evidence."[6]

Under Federal Rule of Civil Procedure 43(a), "[f]or good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." Given the recent surge in COVID-19 cases caused by the Omicron variant, the Court finds good cause in these compelling circumstances to permit certain witnesses to testify by Zoom. By January 24, 2022, Defendants must designate which witnesses will testify by Zoom and may only designate those witnesses referenced in their motion.[7] Defendants must also provide email addresses for the witnesses so that the Court can send a videoconference link. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Allow Trial Testimony by Zoom[8] is **GRANTED**.

**NEW ORLEANS, LOUISIANA**, this __17th__ day of January, 2022.

*[signature]*
_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[6] *Id.* at 1.

[7] Defendants represented to this Court that the following witnesses may testify by Zoom: Emil Yordanov, Emil Kolev, Kiril Karapanov, Ivan Vasilev and/or Viktor Kokoshyan. Rec. Doc. 153-1 at 1. Defendants may not designate any other witnesses to testify by Zoom without further Order of this Court.

[8] Rec. Doc. 153.