# Transcript of the Testimony of
# Viktor H. Kokoshyan

### Date taken: September 2, 2020

### Marquette Transportation Company Gulf-Inland, LLC v. Navigation Maritime Bulgare, et al

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:504-529-5255
Fax:504-529-5257
Email:reporters@psrdocs.com
Internet: http://www.psrdocs.com

**EXHIBIT 2**

Page 36

```
 1        Q.    If the ship were dragging anchors during
 2   that watch period -- I understand your testimony
 3   that that's the captain's decision -- but it would
 4   be prudent, would it not, to warn vessel traffic
 5   that your ship was dragging anchors?
 6              MR. DePAULA:
 7                    Object to the form.
 8              MR. ALAN DAVIS:
 9                    Objection to form.
10              THE WITNESS:
11                    Yeah, it's logical to do so.
12   EXAMINATION BY MR. ADAM DAVIS:
13        Q.    Okay.  Well, let me make sure.
14              Did you say, "Yes, it's logical to do
15   so"; is that correct?
16        A.    Yes.
17        Q.    And why is that so logical, Viktor?
18        A.    To avoid collision.
19        Q.    With vessels navigating in the navigable
20   channel; correct?
21        A.    Yes.
22        Q.    Because when vessels navigate past
23   anchored ships and the ship is dragging anchors,
24   they need to be warned that the ship is dragging;
25   correct?
```

Page 141

1          And I believe you've already answered
2     this question in some extent, but shouldn't the
3     KIEFER BAILEY have been warned before STRANDJA
4     started to swing her bow out to starboard at this
5     time?
6               MR. DePAULA:
7                    Object to the form.
8               MR. ALAN DAVIS:
9                    Objection; asked and answered.
10              MR. DePAULA:
11                   I object to the form.
12              THE WITNESS:
13                   As far as I'm concerned, the pilot
14         is supposed to alert the whole traffic, not
15         only the KIEFER BAILEY.
16    EXAMINATION BY MR. ADAM DAVIS:
17         Q.   But also, in this instance -- Look at
18    this radar, Viktor.  (Indicating)
19               In this instance, the vessel that needed
20    to know that STRANDJA was about to swing her bow to
21    starboard was the KIEFER BAILEY; correct?
22              MR. DePAULA:
23                   Object to the form.
24              MR. ALAN DAVIS:
25                   Objection.