# **ACCIDENT RECONSTRUCTION VIDEO**

https://youtu.be/pJWVNFSYjKw



MARQUETTE 001075