# Transcript of the Testimony of
# **Robert B. Johnson**

## Date taken: June 16, 2020

## Marquette Transportation Company Gulf-Inland, LLC v. Navigation Maritime Bulgare, et al

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

EXHIBIT

5

Robert B. Johnson
Marquette Transportation Company Gulf-Inland, LLC v. Navigation Maritime Bulgare, et al

Page 23

1      Q.    And on the date of the incident, you

2   were on the bridge of the STRANDJA talking on your

3   cell phone; correct?

4      A.    Before maneuvering, yes.

5      Q.    At any time bef -- after you heaved

6   either one of the anchors, were you ever on your

7   cell phone?

8      A.    When -- After I heaved my port anchor,

9   yes.

10     Q.    Okay.

11           But before you heaved your port anchor,

12   you were not?

13     A.    No.

14     Q.    Were you on your cell phone before you

15   heaved your starboard anchor?

16     A.    I was on the cell phone as I started,

17   and that's when the n -- the tow hit.

18     Q.    So the answer to the question is yes?

19     A.    Yes.

20     Q.    All right.

21           And you recognize that -- that the

22   Crescent river pilots have previously trained you

23   that you should not do that; correct?

24           MR. ALAN DAVIS:

25               Object to the form.