# Transcript of the Testimony of
# Kiril L. Karapanov

### Date taken: June 15, 2020
### Volume II

## Marquette Transportation Company Gulf-Inland, LLC v. Navigation Maritime Bulgare, et al

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

**EXHIBIT 1**

Kiril L. Karapanov
Marquette Transportation Company Gulf-Inland, LLC v. Navigation Maritime Bulgare, et al

Page 174

1           Okay.  Thank you.
2       THE INTERPRETER:
3           -- and not the other meaning.
4       MR. SLOSS:
5           Understood.
6       THE WITNESS:
7           My ans --
8           My answer to the last question is
9   no.
10  EXAMINATION BY MR. ADAM DAVIS:
11      Q.   Thank you.
12           Was your vessel moving at the time of
13  collision?
14      A.   The -- The ship was like swinging.
15           You mean swinging?  Yeah.  Turning.  The
16  ship was turning.
17      Q.   So your vessel was not stationary at the
18  time of collision; true?
19      A.   It was turning.  There was turning
20  movement.
21      Q.   So it was not stationary; correct?
22      A.   No.  It wasn't stationary.
23           The ship was still in anchorage.  We had
24  one anchor, the right anchor.
25      Q.   I'm sorry, Captain.  To -- I -- I just