# Transcript of the Testimony of
# Viktor H. Kokoshyan

**Date taken: September 2, 2020**

**Marquette Transportation Company Gulf-Inland, LLC v. Navigation Maritime Bulgare, et al**

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:504-529-5255
Fax:504-529-5257
Email:reporters@psrdocs.com
Internet: http://www.psrdocs.com

**EXHIBIT 3**

Viktor H. Kokoshyan
Marquette Transportation Company Gulf-Inland, LLC v. Navigation Maritime Bulgare, et al

Page 152

1      At this time, Viktor, 17:25:19, the data
2 shows that the STRANDJA is swinging to starboard;
3 correct?
4           MR. DePAULA:
5               Object to the form.
6           MR. ALAN DAVIS:
7               Same objection.
8           THE WITNESS:
9               Yes, that's what's showing.
10          (VDR audio plays.)
11 EXAMINATION BY MR. ADAM DAVIS:
12      Q.   Same time frame, slightly few seconds
13 back, 17:25:24, you testified that the STRANDJA's
14 bow is swinging to starboard.
15           Are you able to look at this radar and
16 tell us the distance between the KIEFER BAILEY's
17 bow and the STRANDJA's bow by using the rings on
18 the radar?
19          MR. DePAULA:
20              Object to the form.
21          THE WITNESS:
22              Approximately a little bit over a
23      cable.
24 EXAMINATION BY MR. ADAM DAVIS:
25      Q.   Okay.