1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MARQUETTE TRANSPORTATION        CIVIL ACTION NO. 19-10927
COMPANY GULF-INLAND, LLC

VERSUS                          SECTION "G"(2)

NAVIGATION MARITIME BULGAREA;   JUDGE BROWN
and BALKAN NAVIGATION LTD.
                                MAG. WILKINSON


       DEPOSITION OF JERRELL NOBLES, given in the above-entitled cause, pursuant to the following stipulation, before Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, at the Law Offices of Phelps Dunbar LLP, Canal Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana, commencing at 1:35 o'clock p.m., on Thursday, the 4th day of June, 2020.

SOUTHERN COURT REPORTERS, INC.
(504) 488-1112



EXHIBIT 4

Case 2:19-cv-10927-NJB-DPC   Document 208-4   Filed 03/23/22   Page 2 of 2

67

```
 1              by talking, you know what I'm saying
 2              about that day because --
 3   BY MR. SLOSS:
 4   Q.   Sure.
 5   A.   -- I don't even know how we made it out
 6        that situation.
 7   Q.   You do understand that today we have to
 8        talk about it?
 9   A.   That's -- that's fine.  I understand that,
10        but I'm just saying, like, when she come
11        out, it wasn't like that (indicating).
12   Q.   Okay.
13   A.   She come towards us.
14   Q.   All right.
15   A.   She came towards us and coming out at the
16        same time.  So as I'm turning to the port
17        trying my best and let her drive out -- you
18        know, on Z-drive, they turn on a dime.
19   Q.   So as you're turning to port --
20   A.   Yes, sir.
21   Q.   -- what effect is the current having on
22        your -- let me put that in tense, proper
23        tense.  What effect did the current have on
24        your tug and tow?
25   A.   Well, the current was on my ass.  Can I
```

SOUTHERN COURT REPORTERS, INC.
(504) 488-1112