AO 187(Rev. 7/87) LAED revised

# United States District Court
# Eastern District of Louisiana

**EXHIBIT LIST**

| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC | CIVIL ACTION |
|---|---|
| VERSUS | NO: 19-10927 |
| NAVIGATION MARITIME BULGAREA, et al. | SECTION: "G" (2) |

| PRESIDING JUDGE<br>Nannette Jolivette Brown | PLAINTIFF'S ATTY:<br>Evans McLeod<br>Adam Davis | DEFENDANTS' ATTY:<br>Peter Sloss<br>Timothy DePaula | THIRD-PARTY DEFENDANT'S ATTY:<br>Alan Davis<br>Adelaida Ferchmin<br>Lorin Scott |
|---|---|---|---|
| TRIAL DATES<br>April 4 – 7, 2022 | COURT REPORTER<br>Nichelle Drake | COURTROOM DEPUTY<br>Morgan Palmer | |

| Plaintiff No. | Defendants No. | Date Admitted | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|
| 1 |  | 4-4-2022 | Incident reconstruction (flashdrive) |
| 2 |  | 4-4-2022 | Dept of Homeland Security United States Coast Guard Navigation Rules and Regulations Handbook |
| 3 |  | 4-4-2022 | Captain Jerrell Raymond Nobles credentials [P-48.26 – .27] |
| 4 |  | 4-4-2022 | Kiefer Bailey Rose Point Data (flashdrive) |
| 5 |  | 4-4-2022 | Vessel Traffic Service Lower Mississippi River User Manual – Third Edition 2013 [P-49.1 – .21] |
| 6 |  | 4-4-2022 | Marquette Transportation Company Daily Boat Logs dated 12/27/2018 thru 1/3/2019 [P-14.34 – .42] |
| 7 |  | 4-4-2022 | Marquette Transportation Company's Training logs for Captain Jerrell Nobles [P-48.5 – .11; P-48.19 – .21; P-48.71; P-48.75] |
| 8 |  | 4-4-2022 | Strandja VDR Data (flashdrive) |
| 9 |  | 4-4-2022 | Map of Mississippi River and notes marking radio calls by Capt. Jerrell Nobles (Display Board) |
| 10 |  | 4-4-2022 | Screenshot of Algiers Point |
| 11 |  | 4-4-2022 | Screenshot of General Anchorage |
| 12 |  | 4-4-2022 | Photograph of incident (Display Board) |
| 13 |  | 4-4-2022 | Kiefer Bailey Upriver video (flashdrive) |

| | | | |
|---|---|---|---|
| 14 | | 4-4-2022 | Kiefer Bailey Downriver – without audio (flashdrive) |
| 15 | | 4-4-2022 | Navigation Maritime Bulgare SQMS Documentation "Shipboard Safety Operation" [P-31.1 – .89] |
| 16 | | 4-4-2022 | Kiril Karaponov report of incident [P-5.1 – .5] |
| 17 | | 4-5-2022 | Notice to Commissions email dated 1-6-2019 [P-60.7 – .8] |
| 18 | | 4-5-2022 | Robert Johnson's AT&T cell phone records [P-11.1 – .28] |
| 19 | | 4-5-2022 | Professional and Occupational Standards – Board of River Port Pilot Commissioners [P-60.36 – .41] |
| 20 | | 4-5-2022 | Strandja Ecois Data [flashdrive] |
| 21 | | 4-5-2022 | Safety Investigation Report dated 1/2019 [P-24.1 – .2] |
| 22 | | 4-5-2022 | Wayne E. Wilson resume [P-70.4 - .5] |
| | D1 | 4-5-2022 | Pilot Card [STRANDJA 01249 – 01250] |
| 23 | | 4-5-2022 | CGB-Waterfront Marine Services Invoice [P-50.6] Budwine & Associates, LLC Invoices and BID Results Report [P-66.34 - .36] |
| 24 | | 4-5-2022 | CGB-Waterfront Marine Services Invoice [P-50.1] |
| | D2 | 4-5-2022 | CGB-Waterfront Marine Services Ticket #704054 [MARQUETTE 000835] |
| 25 | | 4-6-2022 | Letter from George Burkley, Executive Director of Maritime Pilots Institute, to Captain Jack Anderson dated 11-21-2019 [P-62.6 - .8] |
| | 3PD1 | 4-6-2022 | Robert Johnson's United States Coast Guard License [Johnson-014 – 015] |
| | 3PD2 | 4-6-2022 | Robert Johnson's Port Revel Shiphandling Training records [Johnson-019 – 031] |
| | D3 | 4-6-2022 | Email re: P&H Charter dated 12-13-2018 [STRANDJA 00056 – 00060] |
| | D4 | 4-6-2022 | Email Re: Nomination of Strandja as a performer for the P&H Charter dated 12-28-2018 [STANDJA 02440- 02441] |
| | D5 | 4-6-2022 | Email Re: Cancellation of Strandja's P&H Charter dated 1-8-2019 [STRANDJA 00061 – 00062] |
| | D6 | 4-6-2022 | Navigation Maritime Bulgare Preliminary Voyage Calculation [STRANDJA 00063] |
| | D7 | 4-6-2022 | Continent Grain Chaterparty [STRANDJA 02429 – 02439] |

| | | | |
|---|---|---|---|
| | D8 | 4-6-2022 | Strandja Loss Summary Chart [STRANDJA 02387] |
| | D9 | 4-6-2022 | Various invoices as supporting documents to Topic 1 of the Strandja Loss Summary Chart [STRANDJA 00001 – 00008; 01698 – 01699; 01904 – 01905; 02527 – 02555; 023890 – 02394] |
| | D10 | 4-6-2022 | Photographs of the Strandja after incident [STRANDJA 01206] |
| | D11 | 4-6-2022 | Photographs of repairs of the Strandja [STRANDJA 01207 – 01212; 01214 - 01222 |
| | D12 | 4-6-2022 | Various invoices as supporting documents to Topic 2 of the Strandja Loss Summary Chart [STRANDJA 00004 – 00006; 00010 – 00014; 00055; 00066; 02364 – 02365; 02487 – 02526] |
| | D13 | 4-6-2022 | Various documents as supporting documents to Topic 3 of the Strandja Loss Summary Chart [STRANDJA 02349 – 02363] |
| | D14 | 4-6-2022 | Various documents as supporting documents to Topic 4 of the Strandja Loss Summary Chart [STRANDJA 02367 – 02368; 02377 – 02379; 02382] |
| | D15 | 4-6-2022 | Various documents as supporting documents to Topic 5 of the Strandja Loss Summary Chart [STRANDJA 02369 – 02376] |
| | D16 | 4-6-2022 | Various invoices as supporting documents to Topic 6 of the Strandja Loss Summary Chart [STRANDJA 00067 – 00069; 02380 – 02381; 02386] |
| | D17 | 4-6-2022 | Captain Allen J. "AJ" Gibbs curriculum vitae [no bates stamp] |
| | D18 | 4-6-2022 | Screenshot of Mississippi River [no bates stamp] |
| | D19 | 4-6-2022 | Screenshots of Mississippi River [no bates stamp] |
| | D20 | 4-6-2022 | Screenshots of Mississippi River [no bates stamp] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.