UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARQUETTE TRANSPORTATION CO. GULF-INLAND, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-10927** |
| **NAVIGATION MARITIME BULGARE et al.** | **SECTION: "G"** |

## JUDGMENT

This cause having been tried and submitted to the jury, and the jury having returned a verdict,[1] accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff Marquette Transportation Co. Gulf-Inland, LLC and against Defendants Navigation Maritime Bulgare JSC, Balkan Navigation Ltd., and Robert Johnson in the amount of $114,000.00.

**NEW ORLEANS, LOUISIANA**, this   7th    day of April, 2022.

*[signature: Nannette Jolivette Brown]*

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 259.