UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC | CIVIL ACTION |
| VERSUS | NO. 19-10927 |
| NAVIGATION MARITIME BULGAREA, ET AL | SECTION: G |

## SCHEDULING CONFERENCE NOTICE

A scheduling conference by telephone is set for **February 7, 2024 at 10:30 a.m.**, for the purpose of discussing the status of the case and scheduling a pre-trial conference & trial on the merits.

Counsel and pro se parties must call in to the conference at (877) 336-1828, Access Code 9017131

**TRIAL COUNSEL** are to participate in this conference. A paralegal or secretary may not be substituted. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must contact the Case Manager at least two days prior to the above date.

January 29, 2024

ISSUED BY: Morgan Palmer
Case Manager
504-589-7680
morgan_palmer@laed.uscourts.gov